September 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAMS H. SMITH, JR., Appellant

NO. 14-13-00702-CV                          V.

AMERICAN GENERAL LIFE INSURANCE CO. AND DISABILITY
INSURANCE SPECIALIST, LLC AS AGENT AND EMPLOYEE OF
AMERICAN GENERAL LIFE INSURANCE CO., Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on February 18, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Williams H. Smith, Jr.

We further order this decision certified below for observance.